UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:16-cr-46-CEH-AEP

DEDRICK LASHUN PACE
_____/

**ORDER**

This matter comes before the Court on Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 45), filed on August 17, 2021. In the motion, Defendant indicates that he has completed all the terms of his supervised release. Additionally, Defendant has displayed an overall positive adjustment since being released from prison, has maintained a cooperative relationship with the probation office, and is gainfully employed. Therefore, Defendant requests the Court terminate his term of supervised release. The Government and the Probation Office have no objection to the motion. The Court, having considered the motion and being fully advised in the premises, will grant Defendant's Unopposed Motion for Early Termination of Supervised Release.

Accordingly, it is hereby

**ORDERED**:

1. Defendant's Unopposed Motion for Early Termination of Supervised Release (Doc. 45) is **GRANTED**.

2.  Having considered the factors in 18 U.S.C. § 3553(a), early termination of Defendant's supervised release is warranted by Defendant's conduct while on supervised release and is in the interest of justice.

**DONE AND ORDERED** in Tampa, Florida on August 30, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any